### 12846.   HARDIN *v.* THE STATE.

BROYLES, C. J.   No error of law is complained of; the evidence amply authorized the verdict, and it was not error to overrule the motion for a new trial.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
> DECIDED NOVEMBER 17, 1921.

Indictment for possessing intoxicating liquor; from Cherokee superior court — Judge Blair.   August 6, 1921.

*Clay & Blair,* for plaintiff in error.

*John S. Wood, solicitor-general, Lindley W. Camp,* contra.

---

### 12854.   EDWARDS *v.* THE STATE.

LUKE, J.   Edwards was indicted for the offense of assault with intent to murder by shooting a human being. The evidence fully authorized the verdict of guilty of the offense of shooting at another not in his own defense.

Since the conviction of the defendant was not dependent wholly and entirely upon circumstantial evidence, it was not error for the court to fail to instruct the jury upon the law of circumstantial evidence.

There was no error in the admission of testimony, and the charge of the court was full and fair. For no reason assigned was it error to overrule the motion for a new trial.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED NOVEMBER 17, 1921.

Conviction of shooting at another; from Floyd superior court — Judge Wright.   August 9, 1921.

*Porter & Mebane,* for plaintiff in error.

*E. S. Taylor, solicitor-general,* contra.